IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CALVIN RAY MCDANIEL**                                                    **PLAINTIFF**

**V.**                          **3:09CV00188 JMM**

**CITY OF WEST MEMPHIS, et al**                                    **DEFENDANTS**

## ORDER

This case is dismissed without prejudice for Plaintiff's failure to prosecute. *See* Rules of the United States District Court for the Eastern and Western Districts of Arkansas, LR5.5(c)(2). The Clerk is directed to close the case.

IT IS SO ORDERED this 16th day of June 2010.

_____
James M. Moody
United States District Judge